UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | |
|---|---|
| RAMON FONTANEZ, Individually, and On Behalf of All Others Similarly Situated, | Case No.: 1:22-cv-05568-JLR-RWL |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL** |
| CHOCXO CHOCOLATIER LLC, | |
| Defendant. | |

---------------------------------------------------------------x

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Ramon Fontanez hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against defendant ChocXO Chocolatier LLC.

DATED:  January 5, 2023                 **MIZRAHI KROUB LLP**

                                                                /s/ Edward Y. Kroub
                                                                EDWARD Y. KROUB

EDWARD Y. KROUB
WILLIAM J. DOWNES
225 Broadway, 39th Floor
New York, NY  10007
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*