UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

RAMON FONTANEZ, Individually, and On Behalf of All Others Similarly Situated,

                    Plaintiff,

vs.

CHOCXO CHOCOLATIER LLC,

                    Defendant.

---------------------------------------------------------------x

Case No.: 1:22-cv-05568-JLR-RWL

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Ramon Fontanez hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against defendant ChocXO Chocolatier LLC.

DATED: January 5, 2023        **MIZRAHI KROUB LLP**

                                       /s/ Edward Y. Kroub
                                       EDWARD Y. KROUB

EDWARD Y. KROUB
WILLIAM J. DOWNES
225 Broadway, 39th Floor
New York, NY 10007
Telephone: 212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

Dated: January 6, 2023
      New York, New York

SO ORDERED

*/s/ Jennifer Rochon*

JENNIFER L. ROCHON
United States District Judge